FILED

10/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0408

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0408

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

SUSAN KAY KAIR,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 20, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 16 2020